EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Para añadir un subinciso h a la Regla 7, inciso C(3) de las Reglas para la Administración del Tribunal de Primera Instancia de Puerto Rico de 30 de junio de 1999 | 2000 TSPR 177 |

Número del Caso: ER-2000-06

Fecha: 21/noviembre/2000

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO**Error! Bookmark not defined.**

Para añadir un subinciso h
a la Regla 7, inciso C(3) de
las Reglas para la Administración
del Tribunal de Primera Instancia
de Puerto Rico de 30 de junio
de 1999

RESOLUCION

San Juan, Puerto Rico a 21 de noviembre de 2000

Previa recomendación de la Directora Administrativa de los Tribunales, se añade un subinciso h a la Regla 7 inciso C(3) de las Reglas de Administración del Tribunal de Primera Instancia de 30 de junio de 1999.

"Regla 7. Región Judicial

    A.   ...

    B.   ...

    C.   ...

        1.   ...

        2.   ...

        3.   Director Ejecutivo o Directora Ejecutiva Regional

a)   ...

b)   ...

c)   ...

d)   ...

e)   ...

f)   ...

g)   ...

h)   El cese por retiro de confianza.de dicho funcionario o funcionaria no podrá  darse sin la previa consulta y autorización del Director Administrativo o de la Directora Administrativa de los Tribunales.

Esta Resolución tendrá vigencia inmediata.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.


Isabel Llompart Zeno
Secretaria del Tribunal Supremo